IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01872-WYD-MEH

RUBY SAIPAIA and
BLAINE SAIPAIA,

     Plaintiffs,

v.

EDWARD A. CHIURCO,

     Defendant.

---

### ORDER OF DISMISSAL

---

     THIS MATTER is before the Court on the Notice of Dismissal Without Prejudice filed March 2, 2006.  The Notice is unopposed and was filed before the service of a responsive pleading.  Accordingly, it is

     ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to the Notice of Dismissal Without Prejudice and FED. R. CIV. P. 41(a)(1).

     Dated:  March 14, 2006

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           U. S. District Judge